| ORI NUMBER: OH0120000 | INCIDENT NUMBER: 09-1220 | REPORT DATE: 03/12/2009 14:44:00 | PAGE: 1 |

## Clark County Sheriff's Office

### OHIO UNIFORM INCIDENT REPORT

**AGENCY NAME:** Clark County Sheriff's Office
**GEOCODE:** [redacted]
**TOD:** 03/13/2009 16:00:00
**TOA:** 03/13/2009 16:00:00
**TOC:**

☐ INCIDENT (NON-CRIMINAL)
☑ OFFENSE

**INCIDENT NUMBER:** 09-1220
**CLEARANCES:** D - Victim Refused To Cooperate
**CLEARANCE DATE:** 04/24/2009
**CLEARED BY:** 55 - DET. DEB STRILECKY L

### REPORT DATE/TIME
| MONTH | DAY | YEAR | TIME |
|---|---|---|---|
| 03 | 12 | 2009 | 14:44:00 |

### INCIDENT OCCURRED FROM
| MONTH | DAY | YEAR | TIME |
|---|---|---|---|
| 06 | 01 | 2008 | 08:00:00 |

### INCIDENT OCCURRED TO
| MONTH | DAY | YEAR | TIME |
|---|---|---|---|
| 08 | 31 | 2009 | 23:00:00 |

---

**NO.** 1  **TOTAL VICTIMS:** 1  **VICTIM TYPE:** I - Individual

**NAME (Last, First, Middle):** Juvenile Male,
**ADDRESS (Street, Apt., City, State, Zip):**
**HOME PHONE:**
**EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip):**
**PHONE:**

**AGE:** 12  **SEX:** M - Male  **RACE:** B - Black  **ETHNICITY:** Unknown
**D.O.B:** 1996
**HGT:**  **WGT:**  **HAIR:**  **EYES:** U - Unknown
**OCCUPATION:**  **SSN:**  **RESIDENT STATUS:** Resident

**VICTIM INJURED:** ☐ Y  ☑ N   **IF INJURED, DESCRIBE INJURIES:**

**AGG. ASSAULT/ HOMICIDE CIRC:**  **VICTIM/SUSPECT RELATIONSHIP:** U - Unknown  **VICTIM/OFFENSE LINK:**

**JUSTIFIABLE HOMICIDE CIRC:**

**OFFICER CIRCUMSTANCE**
**OFFICER ASSIGNMENT TYPE**
**OFFICER ORI**

My signature verifies that the information on this report is accurate and true    **DATE:**

| ORI NUMBER: | OH0120000 | INCIDENT NUMBER: | 09-1220 | REPORT DATE: | 03/12/2009 14:44:00 | PAGE: 2 |

### NAME / DESCRIPTIVES

| NO. 1 | ADULT ☑ | JUVENILE ☐ | UNKNOWN ☐ | CATEGORY: 1 - Suspect | | CHARGES FILED? ☐ Y ☑ N | |
|---|---|---|---|---|---|---|---|
| NAME (Last, First, Middle): | Stout, William | | | | | SSN: ███ | |
| ALIAS: | | | | GANG AFFILIATION: | | | |
| ADDRESS (Street, Apt., City, State, Zip): | 2816 Oxford Drive, , Springfield, OH, 45506 | | | | | HOME PHONE: (937) 765-9953 | |
| EMPLOYER NAME AND ADDRESS (Street, Apt., City, State, Zip): | | | | | | PHONE: | |
| PLACE OF BIRTH: | | DL#/STATE: RQ712103/Ohio | | | OCCUPATION/SCHOOL: | | |
| *AGE: 43 D.O.B. ███ 1964 | *SEX: M - Male | *RACE: W - White | *ETHNICITY: - Unknown | *HEIGHT: 6' | *WEIGHT: 220 | *HAIR: BRO - Brown | *EYES: GRN - Green |
| SUSPECTED OF USING: ☐ ALCOHOL ☐ DRUGS | | MARITAL STATUS: U - Unknown | | | *RESIDENT STATUS: Resident | | |
| SCARS, MARKS, TATOOS: | | | | | | | |
| ADDITIONAL DESCRIPTION: | | | | | | | |
| POTENTIAL INJURIES? | | | | | | | |

### REPORTEE

| NO. 1 | NAME (Last, First, Middle): Children Services, Clark County | AGE 0 D.O.B.: | SSN: |
|---|---|---|---|
| ADDRESS (Street, Apt., City, State, Zip): | Springfield, OH, 45504 | | HOME PHONE: (937) 327-3731 |
| EMPLOYER NAME AND ADDRESS (Street, Apt, City, State, Zip): | | | PHONE: |
| STATEMENTS OBTAINED: | ☑ Y ☐ N | TYPE: ☐ WRITTEN ☑ ORAL ☐ TAPED ☑ OTHERS | |

### NARRATIVE

On March 12, 2009 it was reported to Clark County Children Services, suspect William Stout inappropriately touched a twelve (12) year old boy and had that boy sleep in his bed with him. This incident reportedly occurred at the suspect's home last summer.

| REPORTING OFFICER: | BADGE NO.: | DATE: |